No. 11–10163. DAVIS *v.* ROZUM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–10165. DUNSMORE *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 11–10167. EL-AMIN *v.* LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 11–10169. CROSBY *v.* MENZENA ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–10171. COOPER *v.* DENNEY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 11–10172. DREW *v.* MANPOWER OF SOUTHERN NEVADA, INC., ET AL. Sup. Ct. Nev. Certiorari denied.

No. 11–10173. CHAFFINS *v.* SOUTHWEST VIRGINIA REGIONAL JAIL-ABINGDON. C. A. 4th Cir. Certiorari denied.

No. 11–10174. COULTER *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 11–10175. CRUMMER *v.* HOREL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10177. CLARK *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–10179. DANIELS *v.* GONZALEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10180. SKIPPER *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 11–10186. GARCIA-TREJO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10194. RAMOS *v.* CKS PACKAGING, INC., ET AL. C. A. 11th Cir. Certiorari denied.